UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

I-KIEM SMITH,

        Plaintiff,

    v.                          Civil Action No. 3:13-CV-771

                                (Judge Kosik)

NICK WILSON,

        Defendant.

*FILED SCRANTON SEP 15 2014 PER___ DEPUTY CLERK*

## ORDER

AND NOW, THIS 15 DAY OF SEPTEMBER, 2014, IT IS HEREBY ORDERED THAT:

[1] The Report and Recommendation of Magistrate Judge Martin C. Carlson dated June 26, 2014 (Doc. 52), is adopted in part and declined in part;

[2] Plaintiff's Motion for Summary Judgment (Doc. 27) is **DENIED**;

[3] Defendant's Cross Motion for Summary Judgment (Doc. 32) is **DENIED**; and

[4] Pretrial statements shall be filed within 30 days, in accordance with attached Appendix A, after which we will determine if a pretrial conference is necessary.

                                                                            _/s/ Edwin M. Kosik_
                                                                            Edwin M. Kosik
                                                                            United States District Judge

APPENDIX A

PRETRIAL MEMORANDUM FORMAT

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|   |   |   |
|---|---|---|
| v. | : | CIVIL ACTION NO. |

PRETRIAL MEMORANDUM

A. A summary statement of facts and contentions as to liability.

B. A brief description of damages, including, where applicable:

    (1) Principal injuries sustained:

    (2) Hospitalization and convalescence:

    (3) Present disability:

    (4) Special monetary damages, loss of past earnings, medical expenses, property damages, etc.:

    (5) Estimated value of pain and suffering, etc.:

    (6) Special damage claims:

C. Names and addresses of witnesses.

D. Summary of testimony of each witness.

E. Specialities and qualifications of experts to be called.

F. Stipulations desired.

G. Estimated number of trial days.

H. Any other matter pertinent to the case to be tried.

      I. Pursuant to Local Rule 16.3, append to this Memorandum a prenumbered schedule of exhibits, with brief identification of each, on the clerk's Exhibit Form.

      J. In all trials without a jury, requests for findings of both fact and law shall be submitted with this Memorandum as required under Local Rule 48.2.